The People of the State of Illinois, defendant in error, v. Paul A. Fischer, plaintiff in error. Gen. No. 33,372.

Opinion filed July 3, 1929. Rehearing denied July 11, 1929.

Kirkland, Fleming, Green & Martin, for plaintiff in error; Weymouth Kirkland, Walter E. Tinsley and William H. Symmes, of counsel. Samuel A. Ettelson, Corporation Counsel and John A. Swanson,

State's Attorney, for defendant in 'error; Martin H. Foss, Assistant Corporation Counsel and Lee R. La Rochelle, Assistant State's Attorney, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.